```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 21728
    CAROLYN L MARSHALL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-0866


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/19/2008 and was confirmed 10/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  51.00%.

     The case was dismissed after confirmation 01/29/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
CITIFINANCIAL              CURRENT MORTG        .00            .00            .00
CITIFINANCIAL              MORTGAGE ARRE        .00            .00            .00
CITIFINANCIAL              MORTGAGE NOTI  NOT FILED            .00            .00
CITIFINANCIAL              CURRENT MORTG        .00            .00            .00
CITIFINANCIAL              MORTGAGE ARRE        .00            .00            .00
TOYOTA MOTOR CREDIT        SECURED VEHIC        .00            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        2458.70            .00            .00
AMERICASH LOANS LLC        UNSECURED        1250.54            .00            .00
AMERISTAR CASINO           UNSECURED      NOT FILED            .00            .00
AMERISTAR CASINO           UNSECURED      NOT FILED            .00            .00
CHECK N GO                 UNSECURED      NOT FILED            .00            .00
AMERICAS FINANCIAL SERVI   UNSECURED         385.47            .00            .00
FIRST CHOICE LOANS         UNSECURED         700.00            .00            .00
HEALTHCARE ASSOC CREDIT    UNSECURED        2473.48            .00            .00
ONE IRON VENTURES          UNSECURED      NOT FILED            .00            .00
PAY DAY LOAN STORE         UNSECURED      NOT FILED            .00            .00
RESORTS EAST CHICAGO       UNSECURED      NOT FILED            .00            .00
SIR FINANCE                UNSECURED        1189.00            .00            .00
WASHU PARTNERS             UNSECURED      NOT FILED            .00            .00
AMERICAS FINANCIAL SERVI   UNSECURED         519.37            .00            .00
CITIFINANCIAL SERVICES     UNSECURED        4385.22            .00            .00
JOSEPH WROBEL              DEBTOR ATTY     2,750.00                         649.60
TOM VAUGHN                 TRUSTEE                                           50.40
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    700.00

PRIORITY                                         .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 21728 CAROLYN L MARSHALL
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                    649.60
TRUSTEE COMPENSATION                                               50.40
DEBTOR REFUND                                                        .00
                                 ----------------    ----------------
TOTALS                                   700.00              700.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 03/05/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
        CASE NO. 08 B 21728 CAROLYN L MARSHALL
```